IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action |
| | ) | |
| v. | ) | No. 02-MJ-06054-KGG |
| | ) | |
| JORGE ARTURO BECERRA, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO DISMISS WITHOUT PREJUDICE

COMES NOW the United States of America, by and through Lanny D. Welch, Assistant United States Attorney, and moves the Court for a dismissal without prejudice.

In support of said motion, the government states as follows:

The government filed a Complaint against defendant Jorge Arturo Becerra on May 22, 2002. Since that time he has been and remains a fugitive. The case is now over 11 years old and the Federal Bureau of Investigation currently has no leads as to his whereabouts.

WHEREFORE, the United States respectfully requests that the Court dismiss the above-captioned case without prejudice.

Respectfully submitted,

BARRY R. GRISSOM
United States Attorney

s/ Lanny D. Welch
Lanny D. Welch, #13267
Assistant United States Attorney
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
Telephone: (316) 269-6481
Fax: (316) 269-6484
E-mail: lanny.welch@usdoj.gov

## CERTIFICATE OF SERVICE

       I hereby certify that on August 21, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the attorneys of record.

                                              s/ Lanny D. Welch
                                              Lanny D. Welch
                                              Assistant United States Attorney